# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Jerry Donnell Thompson            Docket No. 5:10-CR-206-1BO

### Petition for Action on Supervised Release

COMES NOW Matthew Smith, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jerry Donnell Thompson, who, upon an earlier plea of guilty to Possession of Stolen Firearms and Aiding and Abetting in violation of 18 U.S.C. §§ 922(a)(2), and 2, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on October 26, 2011, to the custody of the Bureau of Prisons for a term of 10 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate in a vocational training program as directed by the probation office.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

3. The defendant shall submit a written weekly report to the probation office, if not regularly employed, of attempts to secure gainful employment.

4. Maintain a stable household and be subject to surprise visits by probation.

Jerry Donnell Thompson was released from custody on October 26, 2011, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 22, 2011, the defendant submitted an urine sample that was positive for the presence of marijuana. On January 12, 2012, the defendant submitted a second urine sample that was positive for the presence of marijuana. When confronted, Mr. Thompson admitted to smoking marijuana prior to each test. He stated that he began smoking small amounts of marijuana due to stress in his life. He reported that he last used marijuana on January 1, 2012. As a result of the drug use, he was placed into substance abuse treatment. Mr. Thompson began supervision on October 26, 2011. As a sanction for this conduct, it is recommended that he serve 3 days in confinement in conjunction with increased urine surveillance.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Jerry Donnell Thompson
Docket No. 5:10-CR-206-1BO
Petition For Action
Page 2

      **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 3 days as directed by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt<br>Robert K. Britt<br>Senior U.S. Probation Officer | /s/ Matthew Smith<br>Matthew Smith<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: January 12, 2012 |

### ORDER OF COURT

Considered and ordered this _13_ day of _January_, 2012, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge